*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*

*2005 NOV -8 AM 10: 42*

*LORETTA G. WHYTE*
*CLERK*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YOSHONE BRICE,<br>         Plaintiff<br>versus<br><br>BOYAJIAN LAW OFFICES, P.C.<br>         Defendant | CIVIL ACTION<br><br>NO. 05-5459<br><br>SECT. R MAG. 1 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMPLAINT**

NOW INTO COURT through undersigned counsel comes plaintiff, Yoshone Brice, who represents as follows:

1.

This is an action for damages and a declaration that the debt collection practices described below violate the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692o (the "FDCPA"), which prohibits debt collectors from engaging in deceptive, abusive, and unfair debt collection practices.

**Jurisdiction and Venue**

2.

Jurisdiction arises under 15 U.S.C.§ 1692k(d), 28 U.S.C.§ 1331, and 28 U.S.C. § 1337. Venue is proper in this district under 28 U.S.C. § 1391(b) because a significant portion of the events giving rise to this action occurred in this district.

Fee $250.00
Process ____
X Dktd ____
___ CtRmDep ____
___ Doc. No ____

**Parties**

3.

Plaintiff Yoshone Brice is a natural person who is domiciled in Bogalusa, Louisiana. Plaintiff is a "consumer" as defined at 15 U.S.C. 1692a(3).

4.

Defendant Boyajian Law Offices, P.C. ("Boyajian") is a California corporation with its principal place of business located in Rutherford, New Jersey.

5.

Boyajian is a "debt collector" as defined at 15 U.S.C. § 1692a(6). Boyajian regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due to another. Boyajian uses the mails and other instrumentalities of interstate commerce in a business the principal purpose of which is the collection of debts.

6.

ABC Insurance Company is the fictitious name of a foreign insurance company that has issued to one or more of the defendants a policy of liability insurance that covers the claims made herein, and whose real name will be substituted upon discovery.

**STATEMENT OF FACTS**

7.

On or about June 22, 2005, Boyajian mailed or caused to be mailed to Brice a letter attempting to collect an alleged $390 medical debt.

8.

The letter, printed on the letterhead of the Boyajian Law Offices, informs Brice that she is in serious default on a $390 medical debt and demands payment. The letter further states that "[t]here has been no decision made to file suit against you at this time," but does not rule out that possibility.

9.

The letter is closed with the following signature block, without a signature or even space for a signature:

> Very truly yours,
> BOYAJIAN LAW OFFICES, P.C.
> *Attorneys at Law*

10.

An accurate copy of the unsigned letter is attached hereto and made a part hereof by reference.

11.

The letter attached hereto is a computer-generated form letter that is mass mailed to consumers across the United States.

12.

Form letters of the type attached hereto are virtually identical to each other when mailed, except for the recipient's name, address, and account information that is input by electronic means or by non-attorney wage workers.

13.

No attorney with the Boyajian Law Offices ever reviewed Brice's file before the letter went out. No attorney with the Boyajian Law Offices made any evaluation of the

validity or enforceability of the alleged debt, or of the correctness of the statements made in the letter sent to Brice.

14.

The letter attached hereto was not from an attorney or law firm in any meaningful sense.

15.

The statement in the letter that "[t]here has been no decision made to file suit against you at this time" conveys the threat of a lawsuit if payment is not made as demanded.

16.

The Boyajian Law Offices rarely if ever files lawsuits against Louisiana consumers to collect small debts such as Brice's.

17.

The Boyajian Law Offices did not contemplate and did not intend the possibility of a lawsuit against Brice as a means of collecting the $390 debt when the letter was sent.

## VIOLATIONS OF THE FDCPA

18.

The Boyajian Law Offices has violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692e(3) and 1692e(10), by falsely representing a communication as being from an attorney, when the letter was not from an attorney in any meaningful sense.

19.

The Boyajian Law Offices has violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692e(5) and 1692e(10), by conveying a false threat of litigation.

WHERFORE, plaintiff requests a judgment be entered in her favor and against the defendant for damages, interest, attorney fees, costs, litigation expenses, declaratory relief, and for all relief available in law, equity, or as the nature of the case may allow.

Respectfully submitted,

_____
STEVE R. CONLEY   #21246
3350 Ridgelake, Suite 200
Metairie, LA   70002
(504) 734-9804   FAX(504) 733-1744

# BOYAJIAN LAW OFFICES
A California Professional Corporation
Attorneys At Law
201 Route 17 North, 5th Floor
Rutherford, NJ 07070-2574
(800) 793-2354
Fax (800) 803-9806

**Office Locations**
Beverly Hills, CA
Denver, CO
Avon, CT
Cumming, GA
Iowa City, IA
Murtaugh, ID
Louisville, KY
Alexandria, LA
Quincy, MA

**Office Locations**
Union Lake, MI
St. Louis Park, MN
Hendersonville, NC
Newbury, NH
New York, NY
Shaker Heights, OH
Cranston, RI
Memphis, TN
Plano, TX
Heber City, UT
Brookfield, WI
Morgantown, WV

June 22, 2005

Yoshone Brice
1019 Lincoln St
Bogalusa LA 70427-2829

**Re:    Schumacher Grp Of La  Inc**
**Purchased by MedCLR, INC**
**Client Account Number: 00860000692357**
**File #: P97906**
**Balance: $390.00**

Dear Yoshone Brice:

This letter is written to give notice of the outstanding indebtedness to SCHUMACHER GRP OF LA  INC relating to medical and/or ambulance services provided to you by the above-referenced entity.  MedCLR, INC, who has purchased your account from said company, is named on the attached page of this notice. All inquiries regarding this account should be addressed to our office and not to the medical service provider, as they may have no readily available information based on the sale of this account.

We have been advised that you have failed, refused or neglected to make necessary payments and, as a result, you are in serious default of  $390.00.  At the time of the delivery of service, you agreed to be responsible for any and all payments regardless of any insurance coverage you may have had at the time of service.  At this point, our client demands payment from you since all insurance payments, if any, have been applied and the account remains unsatisfied.  If you believe you had insurance for this service, you may wish to make a claim after you have made full payment to our office.

We are also advised that certain credit reporting bureaus may have been notified of this outstanding obligation which may affect your ability to obtain credit from a financial institution that makes an inquiry as to your credit history. There has been no decision made to file suit against you at this time.

If you need further instructions, you may contact our office at 800-793-2354 between the hours of 8:00 a.m. - 8:30 p.m. (Monday through Thursday), 8:00 a.m. - 5:30 p.m. (Friday), or 8:00 a.m. - 4:30 p.m. (Saturday). You may use your American Express, Discover, MasterCard or Visa credit card to meet this obligation by contacting us or completing and returning the lower portion of the attached page.

Very truly yours,
**BOYAJIAN LAW OFFICES, P.C.**

*Attorneys at Law*

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification.  If you request from this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.  This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.
RSDBLOA02H1

PLEASE ISSUE A CERTIFIED COPY OF THE COMPLAINT
FOR LONGARM SERVICE ON:

**BOYAJIAN LAW OFFICES, PC**

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

**05-5459**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Yoshone Brice

## DEFENDANTS

**SECT. R MAG. 1**

(b) County of Residence of First Listed Plaintiff  Washington
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Steve R. Conley, 2350 Ridgelake #200, Metairie LA 70002

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1692K

Brief description of cause:
Violations of 1692e

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  11/1/05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____