UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YOSHONE BRICE,<br>　　　　Plaintiff | CIVIL ACTION |
| versus | NO. 05-5459 |
| BOYAJIAN LAW OFFICES, P.C.<br>　　　　Defendant | SECTION R<br>JUDGE VANCE<br><br>MAGISTRATE<br>JUDGE SHUSHAN |

*************************************************************************

### ORDER OF DISMISSAL

Considering the suggestion of the plaintiff that all parties have settled and compromised all claims, IT IS ORDERED that this action is dismissed with prejudice.

New Orleans, Louisiana, this 17th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L
2006 JUL 17 AM 11:42
LORETTA G. WHYTE
CLERK